CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 08, 2022, 9:43 am
Michelle Rynne, Clerk of Court

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **22-00018 JMS** |
| Plaintiff, | INFORMATION |
| vs. | [21 U.S.C. § 843(a)(2)] |
| ALICIA MALUAFITI, | |
| Defendant. | |

INFORMATION

The U.S. Attorney charges:

<u>Use of DEA Registration Issued to Another Person</u>
(21 U.S.C. § 843(a)(2))

On or about and between November 14, 2018, and February 12, 2020, both dates being approximate and inclusive, within the District of Hawaii, ALICIA MALUAFITI, the defendant, knowingly and intentionally used a registration

number that was issued to another person for the purpose of acquiring and obtaining, and in the course of distributing and dispensing, a controlled substance; namely, the defendant used the name and DEA registration number of doctor of veterinary medicine Veterianrian-1 to obtain, acquire, distribute, and dispense controlled substances, including buprenorphine, ketamine and Euthasol®, each a schedule III controlled substance, and diazepam and butorphanol, each a schedule IV controlled substance, at a time when Veterianrian-1 was no longer employed by the defendant's veterinary clinic, when Veterianrian-1 was not aware that the defendant continued to use his DEA registration number, and when Veterianrian-1 did not give the defendant permission to use his DEA registration number.

All in violation of Title 21, United States Code, Section 843(a)(2).

DATED:   March 7, 2022, in Honolulu, Hawaii.

_____
CLARE E. CONNORS
United States Attorney
District of Hawaii

_____
MOHAMMAD KHATIB
Assistant United States Attorney

*United States v. Alicia Maluafiti*
Information
Cr. No.