CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CASE NO. 1:22-cr-00018-JMS |
|---|---|
| Plaintiff, | ) ORDER FOR DISMISSAL OF ) INFORMATION |
| vs. | ) |
| ALICIA MALUAFITI, | ) |
| Defendant. | ) |

**ORDER FOR DISMISSAL OF INFORMATION**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information filed in this case, without prejudice, on the grounds that the defendant has now decided not to enter a guilty plea and be charged by way of the Information.

DATED:  April 12, 2022, at Honolulu, Hawaii.

          CLARE E. CONNORS
          United States Attorney
          District of Hawaii


          By   /s/ *Mohammad Khatib*
          MOHAMMAD KHATIB
          Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED:   Honolulu, Hawaii, April 13, 2022.



          /s/ J. Michael Seabright
          J. Michael Seabright
          Chief United States District Judge

U.S. v. Alicia Maluafiti
Case No. 1:22-cr-00018-JMS
"Order for Dismissal of Information"